IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ESTATE OF JAMES A. JACKSON, DECEASED,
BY AND THROUGH URSULA MERRIWEAHTER,
EXECUTRIX OF THE ESTATE OF JAMES A. JACKSON,
DECEASED, FOR THE USE AND BENEFIT OF
THE ESTATE OF JAMES A. JACKSON, DECEASED AND
FOR THE USE AND BENEFIT OF THE WRONGFUL
DEATH BENEFICIARIES OF JAMES A. JACKSON                    PLAINTIFF

v.                                         CIVIL ACTION NO.: 3:15-CV-215-MPM-SAA

GGNSC BATESVILLE, LLC d/b/a
GOLDEN LIVING CENTER BATESVILLE, et al.                    DEFENDANTS

**ORDER**

Plaintiff has requested that *pro hac vice* counsel, Deena K. Arnold, be allowed to appear at depositions on behalf of plaintiff without the presence of local counsel. Docket 43. Local Rule 83.1(b)(1) states that "every deposition, mediation, conference or hearing must be attended by at least one attorney of record admitted to the general practice of law in the district court in which the action is pending." Because the Local Rules explicitly require participation by local counsel at depositions, plaintiff's motion will be DENIED. However, under the circumstances of this particular case, local counsel will be allowed to participate in the depositions telephonically.

**SO ORDERED,** this the 31st day of May, 2016.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE